No. 251. MILLINERY CREATOR'S GUILD, INC., ET AL. *v.* FEDERAL TRADE COMMISSION. October 14, 1940. Peti-

tion for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Francis L. Driscoll* for petitioners. *Messrs. N. A. Townsend* and *Richard P. Whiteley* for respondent.